UNITED STATES v. ECUADORIAN PANAMA HAT CO., INC.

No. 5752.—Invoices dated Guayaquil, Ecuador, November 13, 1940, and January 19, 1941.
Entered at New York, N. Y., November 26, 1940, and February 5, 1941.
Entry Nos. 727225 and 741300.

(Decided October 29, 1942)

Paul P. Rao, Assistant Attorney General (Samuel D. Spector, special attorney), for the plaintiff.

Jerome G. Clifford (George W. Israel of counsel) for the defendant.

TILSON, Judge: The two appeals listed above were filed by the collector, and have been submitted upon a stipulation. Accepting said stipulation as a statement of fact, I find and hold the proper dutiable value of the merchandise described as "Natural Mesh Hats," invoiced and appraised at $12.50 per dozen packed, less 3 per centum, to be $13.50 per dozen packed, less 3 per centum, in appeal No. 139407–A. In reappraisement 139916–A, I find and hold the proper dutiable value of the merchandise described as "Regular Panama Weave," invoiced and appraised at $8.50 per dozen packed, less 3 per centum, to be $8.75 per dozen packed, less 3 per centum; the merchandise described as "Natural Mesh Hats," invoiced and appraised at $14.25 per dozen packed, less 3 per centum, I find the proper dutiable value to be $14.75 per dozen packed, less 3 per centum; the item described as "Brown Mesh Hats," invoiced and appraised at $15 per dozen, less 3 per centum, I find the correct dutiable value to be $15.50 per dozen packed, less 3 per centum; the item described as "Ladies Natural Mesh," invoiced and appraised at $20 per dozen packed, less 3 per centum, I find the proper dutiable value to be $21 per dozen packed, less 3 per centum; the item described as "Mesh Crowns and Panama Brims," invoiced and appraised at $20 per dozen packed, less 3 per centum, I find the proper dutiable value to be $21 per dozen packed, less 3 per centum; the item described as "Natural Basket Weave Hats" "A," entered at $7.25 per dozen packed, less 3 per centum, I find the proper dutiable value to be $8 per dozen packed, less 3 per centum; the item described as "Natural Basket Weave Hats" "B," entered at $9 per dozen packed, less 3 per centum, I find the proper dutiable value to be $10 per dozen packed, less 3 per centum; the item described as "Brown Basket Weave," entered at $8.50 per dozen packed, less 3 per centum, I find the proper dutiable value to be $9.25 per dozen packed, less 3 per centum; the item described as "Brown Square Design," entered at $11.75 per dozen packed, less 3 per centum, I find the proper dutiable value to be $12.25 per dozen packed, less 3 per centum, and the item described as "Natural Three Strand Hats," entered at $6.50 per dozen packed, less 3 per centum, I find the proper dutiable value to be $7 per dozen packed, less 3 per centum. Judgment will be rendered accordingly.